JEAN-GUY LALLIER *v.* ZONING BOARD OF APPEALS OF THE TOWN OF STAFFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 119 Conn. App. 71 (AC 30408), is denied.

*Edward Muska*, in support of the petition.

Decided March 17, 2010

RONALD LABOW *v.* MYRNA LABOW ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 30888) is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Myrna LaBow*, pro se, in support of the petition.

*Stewart I. Edelstein* and *Barbara M. Schellenberg*, in opposition.

Decided March 17, 2010